NO. 07-01-0354-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

SEPTEMBER 30, 2002

______________________________

REYNALDO ROSAS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2000-433545; HONORABLE JIM BOB DARNELL, JUDGE

_______________________________

Before REAVIS and JOHNSON, JJ. and BOYD, S.J.
(footnote: -6)
DISMISSAL

Pending before this Court is appellant’s motion to dismiss his appeal.  Appellant and his attorney have both signed the motion representing that appellant wishes to withdraw his notice of appeal and no longer wishes to prosecute the appeal.  Tex. R. App. P. 42.2(a).  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is hereby dismissed and no motion for rehearing will be entertained and our mandate will issue forthwith. 

Don H. Reavis

    Justice

Do not publish.

FOOTNOTES
-6:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.